RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, California 94117
Telephone: (415) 621-4100
Facsimile: (415) 621-4111
Email: richardbmazer@yahoo.com

Attorneys for Defendant
NARCO LOMACK GALLON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-08-00813-DLJ |
| ) | |
| Plaintiff, ) | **DEFENDANT NARCO GALLON'S STIPULATION AND ORDER TO VACATE HIS DETENTION HEARING DATE** |
| ) | |
| vs. ) | |
| ) | |
| NARCO LOMACK GALLON, et al., ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated by and between the parties that Defendant Gallon's November 21st, 2008 ten o'clock a.m. detention hearing date be vacated and the Defendant's right to a detention hearing be reserved. Defendant Gallon stipulates to exclude time, under the Speedy Trial Act, from November 21, 2008 until the initial appearance is made in front of the Honorable Judge Jensen on Friday December 5, 2008 at 9:00 a.m. Because the government has not yet produced discovery in this case, the parties agree that time should be excluded for effective preparation of counsel to allow defense counsel to receive and review the discovery. The parties

1

agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

Date: November 19, 2008              /s/ James C. Mann
                                                        Assistant United States Attorney
                                                        James C. Mann

Dated: November 19, 2008             Respectfully Submitted,

                                                        /s/ Richard Mazer
                                                        RICHARD B. MAZER
                                                        Attorneys for Defendant
                                                        NARCO LOMACK GALLON

|  |  |
|--|--|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 7 | OAKLAND DIVISION |

UNITED STATES OF AMERICA,          )          NO. CR-08-00813-DLJ
                                   )
         Plaintiff,                )
                                   )          **ORDER**
    vs.                            )
                                   )
NARCO LOMACK GALLON, et al.,       )
                                   )
         Defendants.               )
_____)

Good cause appearing and upon request of Defendant, Mr. Narco Gallon's Detention Hearing date is hereby vacated and his right to a future hearing reserved. The Defendant will make his initial appearance in front of the Honorable Judge Jensen on December 5, 2008 at 9:00 a.m. and he has waived time under the Speedy Trial Act until that date. Because the government has not yet produced discovery in this case, the parties agree that time should be excluded for effective preparation of counsel to allow defense counsel to receive and review the discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: November 19, 2008            _____
                                    United States Magistrate Judge