1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:   (510) 637-3724
        E-Mail:       James.C.Mann@usdoj.gov
8

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-00813 DLJ
                                     )
14          Plaintiff,               )   STIPULATED REQUEST TO CONTINUE
                                     )   SENTENCING DATE TO JULY 17, 2009
15  v.                               )   and **ORDER**
                                     )   Date:         June 19, 2009
16  NARCO LOMACK GALLON,             )   Time:         10:00 a.m.
                                     )   Court:        Hon. D. Lowell Jensen
17          Defendant.               )
                                     )
18                                   )
                                     )
19  _____)

20      The above-captioned matter is set on June 19, 2009 before this Court for a sentencing

21  hearing.  The parties request that this Court continue the hearing to July 17, 2009 at 10:00 a.m.

22      Defendant pleaded guilty to one violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii)

23  on April 3, 2009, and the matter was set for sentencing on June 19, 2009 at 10:00 a.m.  On or

24  about May 15, 2009, the United States Probation Office disclosed to the parties a draft

25  Presentence Investigation Report ("PSR").  Defense counsel is currently in trial before this Court

26  (Case No. CR 07-00126) and needs additional time to review the draft PSR with defendant, to

27  respond to the draft PSR, and to prepare a sentencing memorandum.  The parties, therefore,

28  respectfully request that the sentencing hearing be continued to July 17, 2009 at 10:00 a.m.  The

1   United States Probation Officer assigned to this matter is aware of this request and available on

2   July 17, 2009.

3

4   DATED: June 8, 2009

5

6

7   _____/s/_____          _____/s/_____
    JAMES C. MANN                                  ERIK G. BABCOCK, ESQ.
    Assistant United States Attorney               Counsel for Narco Lomack Gallon
8   Counsel for United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 17, 2009
No. CR 08-00813 DLJ

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )    No. CR-08-0813- DLJ
                                       )
12            Plaintiff,               )    ORDER GRANTING STIPULATED
                                       )    REQUEST TO CONTINUE SENTENCING
13      v.                             )    DATE TO JULY 17, 2009
                                       )
14  NARCO LOMACK GALLON,               )    Date:      June 19, 2009
                                       )    Time:      10:00 a.m.
15            Defendant.               )    Court:     Hon. D. Lowell Jensen
                                       )
16                                     )
                                       )
17  _____)

18

19          The parties jointly requested that the sentencing hearing in this matter be continued from

20  June 19, 2009 to July 17, 2009.  Defendant pleaded guilty to one violation of 21 U.S.C. §§

21  841(a)(1) and 841(b)(1)(B)(iii) on April 3, 2009, and the matter was set for sentencing on June

22  19, 2009 at 10:00 a.m.  On or about May 15, 2009, the United States Probation Office disclosed

23  to the parties a draft Presentence Investigation Report ("PSR").  Defense counsel is currently in

24  trial before this Court (Case No. CR 07-00126) and needs additional time to review the draft

25  PSR with defendant, to respond to the draft PSR, and to prepare a sentencing memorandum.  The

26  parties, therefore, respectfully request that the sentencing hearing be continued to July 17, 2009

27  ////

28  ////

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 17, 2009
No. CR 08-00813 DLJ

1  at 10:00 a.m.  The United States Probation Officer assigned to this matter is aware of this request

2  and available on July 17, 2009.

3       **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from

4  June 19, 2009 to July 17, 2009 at 10:00 a.m.

5

6  DATED: June 8, 2009                              _____

7                                                   HON. D. LOWELL JENSEN
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 17, 2009
No. CR 08-00813 DLJ