ERIK BABCOCK, SBN 172514
Attorney at Law
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405


Attorney For Defendant
NARCO GALLON


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-813 DLJ |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING INITIAL APPEARANCE ON FORM 12** |
| v. | |
| NARCO GALLON, | |
| Defendant. | |
| _____/ | |

This matter is scheduled for an initial appearance on a Form 12 on Thursday, April 17, 2014, at 9:00 a.m.  Defense counsel is out of state for the week with his family and unavailable on that date.  One or both counsel are unavailable the following three Thursdays.  All counsel and Probation are available on May 15, 2014.

IT IS THEREFORE stipulated between the parties, with the concurrence of U.S.

**STIPULATION AND
ORDER DELETING CURFEW CONDITION** 1

Probation, that the hearing on April 17, 2014 may be vacated and the initial appearance

continued to May 15, 2014, at 9:00 a.m.

**SO STIPULATED.**

DATED: April 15, 2014          By:     /S/James Mann
                                        JAMES MANN
                                        Assistant United States Attorney


DATED: April 15, 2014          By:     /S/Erik Babcock
                                        ERIK BABCOCK
                                        Attorney for Defendant


**SO ORDERED**.


DATED:  _____

                                        _____
                                        D. Lowell Jensen
                                        UNITED STATES DISTRICT JUDGE