1  ERIK BABCOCK, SBN 172514
2  Attorney at Law
   717 Washington St., 2d Floor
3  Oakland, CA 94607
4  510-452-8400
   510-452-8405
5
6  Attorney For Defendant
   NARCO GALLON
7
8              UNITED STATES DISTRICT COURT
9
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN JOSE COURTHOUSE
12 UNITED STATES OF AMERICA,         No. CR 08-813 DLJ
13           Plaintiff,              **STIPULATION AND**
14                                   **ORDER CONTINUING COURT**
15    v.                             **APPEARANCE ON FORM 12**
16 NARCO GALLON,
17           Defendant.
18 _____/
19
20    This matter is scheduled for a status conference on revocation pursuant to a Form

21 12 based on prior positive tests for marijuana on Thursday, July 10, 2014, at 9:00 a.m.
22
23 With the concurrence of Probation, the parties propose to continue the matter two months

24 to September 11, 2014.  In the interim, defendant will be subjected to additional drug

25 testing to ensure he has no further positive tests for marijuana.
26
27
   **STIPULATION AND**
28 **ORDER DELETING CURFEW CONDITION**                                                   1

IT IS THEREFORE stipulated between the parties, with the concurrence of U.S. Probation, that the hearing on July 10, 2014 may be vacated and the status appearance continued to September 11, 2014, at 9:00 a.m.

**SO STIPULATED.**

DATED: July 8, 2014          By:     /S/Jeffrey Nedrow
                                     JEFF NEDROW
                                     Assistant United States Attorney


DATED: July 8, 2014          By:     /S/Erik Babcock
                                     ERIK BABCOCK
                                     Attorney for Defendant


**SO ORDERED**.

DATED:""91; 136                      _____
                                     D. Lowell Jensen
                                     UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER DELETING CURFEW CONDITION                                          2