1  ERIK BABCOCK, SBN 172514
2  Attorney at Law
3  717 Washington St., 2d Floor
   Oakland, CA 94607
4  510-452-8400
   510-452-8405
5
6  Attorney For Defendant
   NARCO GALLON
7
8              UNITED STATES DISTRICT COURT
9
10             NORTHERN DISTRICT OF CALIFORNIA
11                  SAN JOSE COURTHOUSE
12 UNITED STATES OF AMERICA,           No. CR 08-813 DLJ
13         Plaintiff,                  **STIPULATION AND**
14                                     **ORDER CONTINUING STATUS**
15    v.                               **HEARING ON FORM 12**
16 NARCO GALLON,
17         Defendant.
18 _____/
19
20     This matter is scheduled for a status court appearance on a Form 12 on Thursday,
21 September 11m 2014, at 9:00 a.m.  After having consulted with Probation, IT IS HEREBY
22
23 STIPULATED between the parties that the hearing on September 11, 2014 be vacated and
24 ///
25 ///
26
27
28 **STIPULATION AND**
   **ORDER CONTINUING STATUS HEARING**                                          1

1  continued to October 23, 2014 at 9:00 a.m.

2  **SO STIPULATED.**

3

4  DATED: September 9, 2014          By:     /S/Jeff Nedrow
                                              JEFF NEDROW
5                                             Assistant United States Attorney

6

7

8  DATED: September 9, 2014          By:     /S/Erik Babcock
                                              ERIK BABCOCK
9                                             Attorney for Defendant

10

11

12  **SO ORDERED**.

13

14  DATED: JFEFI

15                                             D. Lowell Jensen
                                               UNITED STATES DISTRICT JUDGE

**STIPULATION AND
ORDER CONTINUING STATUS HEARING**                                         2